No. 41957.—Protest 165014–G of S. Shawiry (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of Normandy laces similar to those involved in *Amrein* v. *United States* (T. D. 49551). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 41958.—Protests 931126–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of aneroid barometers and parts similar to those the subject of *Selsi Co.* v. *United States* (C. D. 147). The claim at 27½ percent under paragraph 372 was therefore sustained.

No. 41959.—Protests 949913–G, etc., of New York Merchandise Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights, marcel irons, banks, tooth brush holder, shaving brush holder, and utility boxes chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Rice* v. *United States* (T. D. 49373), *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816), Abstract 38680, and *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

No. 41960.—Protest 386330–G of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, boxes, flacons, caskets, trays, match holders, photo frames, lamps, bottles, dresser sets, boxes, and droppers were held dutiable as household utensils at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), *Rice* v. *United States* (T. D. 49373), and Abstract 39787 cited.

No. 41961.—Protests 360333–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of cocktail sets, whisky barrels and buckets, cocktail shakers, flacons, whisky barrels, boxes, atomizers, calendars, cups, and droppers chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 39456 cited.